IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr115

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| ASHLEY TERRELL BROOKS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the counsel for the defendant on appeal (Doc. No. 36) to be given access to the Presentence Investigation Report (Doc. No. 27) and the Statement of Reasons (Doc. No. 23) in this case.

Title 18, United States Code, Section 3552(d) allows disclosure of a presentence report to counsel for a defendant. Therefore, appellate counsel is entitled to the report.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED and the U.S. Probation Office is directed to provide Ronald Cohen, appellate counsel of record for the defendant, a copy of the report and statement, which remain under seal.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the U.S. Probation Office.

Signed: March 27, 2008

Robert J. Conrad, Jr.
Chief United States District Judge