IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00115-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ASHLEY TERRELL BROOKS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of counsel appointed to represent the defendant on an out-of-district matter pursuant to 28 U.S.C. § 2241, (Doc. No. 49), to be given access to plea and sentencing transcripts, as well as the presentence report in this case. (Doc. Nos. 27, 35, 37).

For the reasons stated in the motion, the Court finds good cause to release the requested documents to appointed counsel. <u>See</u> <u>e.g.</u> 18 U.S.C. § 3552(d) (allowing disclosure of the presentence report to counsel for the defendant).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 49) is **GRANTED** and the Clerk of Court is directed to provide copies of the requested documents, (Doc. Nos. 27, 35, 37), which remain under seal, to Joseph S. Camden, Assistant Federal Public Defender in the Eastern District of Virginia, 701 East Broad Street, Suite 3600, Richmond, Virginia 23219.

The Clerk is further is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: November 15, 2017

Robert J. Conrad, Jr.
United States District Judge